# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIC PLASNYER, | Case No. 3:23-cv-00604-MMD-CLB |
| Plaintiff | ORDER |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants | |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants Plaintiff until **October 3, 2024**, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by **October 3, 2024**, this case will be subject to dismissal without prejudice.

For the foregoing reasons, **IT IS ORDERED** that Plaintiff shall file his updated address with the Court by **October 3, 2024**.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court send a courtesy of this order, the screening order (ECF No. 7), and the complaint (ECF No. 8) to Plaintiff at Ely State Prison.

DATED THIS  3rd  day of September 2024.

UNITED STATES MAGISTRATE JUDGE