AARON D. FORD
  Attorney General
JEFFREY D. WHIPPLE, (Bar No. 16346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3792 (phone)
(702) 486-3768 (fax)
Email: jwhipple@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIC PLASNYER, | Case No. 3:23-cv-00604-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION AND ORDER TO DISMISS** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Bric Plasnyer, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this ___ day of _____, 2024.    DATED this 6th Day of November, 2024.

                                                AARON D. FORD
                                                Attorney General

By: _____    By: /s/ Jeffrey D. Whipple
BRIC PLASNYER              JEFFREY D. WHIPPLE (Bar No. 16346)
Plaintiff                  Deputy Attorney General
                                                 *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  December 4, 2024

_____
UNITED STATES DISTRICT JUDGE